United States District Court
District of Maryland

United States of America

v.                                          Case No. CCB-04-095

Joseph R. McKenzie

Emergency Motion for Judicial Recommendation

Come now Joseph R. McKenzie, pro se, and moves this court for a judicial recommendation regarding his placement in a Residential Reentry Center (RRC). Mr. McKenzie was statutorily eligible for up to 12-months placement in an RRC. He previously requested that this court recommend that he be placed in an RRC for the maximum amount of time, however, this court declined to do so.

Mr. McKenzie was subsequently recommended for a 274-day (9-month) placement. The Bureau of Prisons' (BOP) Residential Reentry Manager (RRM) then approved him for a 178-day placement. He was scheduled to be transferred to the RRC on October 10, 2017.

On September 19, 2017, Mr. McKenzie was advised that the RRM's office (Tel. no. (301) 317-3142) sent an e-mail advising that all RRC placements are being reduced. As such, his placement is being reduced to 120 days (transfer on December 7, 2017).

Mr. McKenzie has been incarcerated since February 6, 2004. He is homeless, has no assets, no employment prospects, will need follow-up treatment and job training upon release. He will also need time to adjust to civilized life.

The BOP has stated that the purpose of RRC placements is to provide opportunities for prisoners to acquire the support systems (e.g. housing, employment, etc) that they will need to live a crime-free life.

120-days is not enough time for Mr. McKenzie to acquire the support systems necessary for successful re-integration into society. While in the RRC, he will be required to pay 25% of his gross earnings to the RRC. After taxes, 120-days will not be sufficient time to enable him to save enough money to rent

an apartment in a safe neighborhood and acquire transportation.

It is not in anyone's interests to have a homeless, repeat sex offender released from prison with no job and no where to go. Mr. McKenzie will not be breaking any laws ever again; he does not want to be homeless, however, without enough time in an RRC, that is what he will be in April.

Wherefore, Mr. McKenzie moves this court for an emergency recommendation to the BOP that his RRC placement not be reduced to 120 days and that he receive the 178 day placement that he had initially been approved for.

Respectfully Submitted,

Joseph R. McKenzie
Prisoner #41683-037
Federal Correctional Complex
PO Box 1000
Petersburg, VA 23804-1000